Appeals for the Seventh Circuit denied. *Mr. John D. Shoaff* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Leon Ulman* for the United States.

No. 309. TEXAS ET AL. *v.* TABASCO CONSOLIDATED INDE-PENDENT SCHOOL DISTRICT. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Grover Sellers,* Attorney General of Texas, *Gaynor Kendall* and *Geo. W. Barcus,* Assistant Attorneys General, for petitioners.

No. 310. SINCLAIR REFINING CO. *v.* COE, COMMIS-SIONER OF PATENTS. October 9, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. W. B. Morton, Raymond F. Adams,* and *Clarence M. Fisher* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney* and *W. W. Cochran* for respondent.

No. 315. LAYCOCK ET AL. *v.* HIDALGO COUNTY WATER CONTROL & IMPROVEMENT DISTRICT No. 12 ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. R. Montgomery* for petitioners. *Messrs. Geo. W. Barcus,* Assistant Attorney General of Texas, *D. F. Strickland, Vernon B. Hill,* and *W. L. Matthews* for respondents.

No. 316. RALADAM COMPANY *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Rockwell T. Gust* and *David A. Howell* for peti-

tioner. *Solicitor General Fahy* and *Assistant Attorney General Tom C. Clark* for the United States.

No. 317. ROCKEFELLER *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis Laval Hamby* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Miss Helen Carloss* for respondent.

No. 318. CHICAGO & EASTERN ILLINOIS RAILROAD CO. *v.* WADDELL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Edward W. Rawlins* for petitioner. *Mr. Royal W. Irwin* for respondent.

No. 320. TRUSTEES OF THE INTERNAL IMPROVEMENT FUND ET AL. *v.* SOUTHWEST TAMPA STORM SEWER DRAINAGE DISTRICT ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. J. Tom Watson,* Attorney General of Florida, *Woodrow M. Melvin, Lamar Warren,* and *Fred M. Burns,* Assistant Attorneys General, for petitioners. *Mr. W. F. Himes* for Southwest Tampa Storm Sewer Drainage District, and *Solicitor General Fahy* and *Messrs. John D. Goodloe, J. Bowers Campbell,* and *T. M. Shackleford, Jr.* for the Reconstruction Finance Corporation, respondents.

No. 323. FAIRCHESTER OIL CO., INC. *v.* FIRST NATIONAL BANK OF NEW ROCHELLE. October 9, 1944. Petition for